JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GURROLA; JOSE GURROLA, | Case No. EDCV 08-535-VAP (JCRx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| ALLSTATE INSURANCE COMPANY, a California corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant ALLSTATE INSURANCE COMPANY.  Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: October 7, 2008       _____
                                VIRGINIA A. PHILLIPS
                             United States District Judge